No. 78–6611. LERMA v. ESTELLE, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied.

No. 78–6612. SCOTT v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 78–6614. OATLEY v. CITY OF ATHENS. Ct. App. Ohio, Athens County. Certiorari denied.

No. 78–6615. HENSON v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 78–6620. CARDILLO v. UNITED STATES PAROLE COMMISSION ET AL. C. A. 3d Cir. Certiorari denied.

No. 78–6624. WEEMS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 78–6626. KYLES v. GEORGIA. Sup. Ct. Ga. Certiorari denied.

No. 78–6627. HALL, AKA THOMAS v. NEW YORK. Ct. App. N. Y. Certiorari denied.

No. 78–6629. DOCTOR v. DOCTOR. C. A. 9th Cir. Certiorari denied.

No. 78–6633. ERB ET AL. v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 78–6635. SPRUYTTE v. KOEHLER, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 78–6638. MEJIA v. RUE SERVICE CORP. App. Term, Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 78–6639. COLLINS v. ALEXANDER, SECRETARY OF THE ARMY. C. A. 5th Cir. Certiorari denied.